**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00292-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      ROBERTO ORTIZ-RUEDAS,
        *a.k.a. Roberto Ortiz,*
        *a.k.a. Alfonso Torres-Rincon,*

      Defendant.

___

**ORDER SETTING TRIAL DATES AND DEADLINES**
___

This matter has been scheduled for a **2½-day** jury trial on the docket of Judge Raymond P. Moore in the U.S. District Courthouse, Courtroom A601, 6th Floor, 901 19th Street, Denver, Colorado to commence on **October 2, 2014 at 9:00 a.m.**  It is

ORDERED THAT all pretrial motions shall be filed by **August 12, 2014** and responses to these motions shall be filed by **August 19, 2014**.  It is further

ORDERED that a Trial Preparation Conference is set for **September 25, 2014 at 9:00 a.m.** in Courtroom A601.  Lead counsel who will try the case shall attend in person.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

    1)    jury selection;

    2)    sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED this 31st day of July, 2014.

                    BY THE COURT:

                    _____
                    RAYMOND P. MOORE
                    United States District Judge